# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CARI D. SEARCY and KIMBERLY McKEAND, individually and as parent and next friend of K.S., a minor,    )<br>)<br>)<br>)<br>Plaintiffs,    )<br>)<br>v.    )<br>)<br>ROBERT BENTLEY, individually and in his official capacity as the Governor of the State of Alabama, et al.,    )<br>)<br>)<br>)<br>Defendants.    ) | Civil Action No. 14-00208-N |

## ORDER

In this case, currently proceeding before the undersigned United States Magistrate Judge, Defendant Don Davis, Judge of Probate for Mobile County, Alabama, has filed a motion to dismiss (Doc. 10). Any response in opposition to the motion shall be filed no later than **June 16, 2014**, and any reply in support of the motion shall be due no later than **June 23, 2014**.

**DONE** and **ORDERED** this the 2nd day of June, 2014.

                                                      */s/ Katherine P. Nelson*
                                                      **KATHERINE P. NELSON**
                                                      **UNITED STATES MAGISTRATE JUDGE**