IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CARI D. SEARCY and <br> KIMBERLY MCKEAND, <br> Individually and as parent and <br> next friend of K.S., a minor, <br> Plaintiffs, <br> v. <br><br> ROBERT BENTLEY, et al., <br> Defendants. | Case No. 1:14-cv-00208 |

## JOINT STIPULATION OF DISMISSAL

COME NOW, the Plaintiffs and Defendant Don Davis, individually and in his official capacity as Judge of Probate for Mobile County, Alabama, and jointly submit this stipulation of dismissal. The undersigned hereby agree that all claims asserted in this action against Defendant Don Davis, individually and in his official capacity as Judge of Probate for Mobile County, Alabama, are hereby due to be dismissed with prejudice.

Respectfully Submitted,

s/JASON K. HAGMAIER
JASON K. HAGMAIER
Attorney for Hon. Don Davis,
Judge of Probate for Mobile County, AL

OF COUNSEL:
JOHNSTON HAGMAIER LLP
5 Dauphin Street, Suite 201
Mobile, Alabama 36602
(251) 432-0738
(251) 432-4874 – facsimile

s/DAVID KENNEDY
DAVID KENNEDY
Attorney for Plaintiffs,
Cari Searcy & Kimberly McKeand

OF COUNSEL:
THE KENNEDY LAW FIRM
359 St. Francis Street
Mobile, Alabama 36602
(251) 338-9805
(251) 338- 9807 – facsimile

## CERTIFICATE OF SERVICE

The undersigned certify that on this 14th day of July 2014 a true and correct copy of the aforesaid was served on the following via the E-file system on all counsel of record.


s/JASON K. HAGMAIER
JASON K. HAGMAIER
Attorney for Hon. Don Davis,
Judge of Probate for Mobile County, AL

s/DAVID KENNEDY
DAVID KENNEDY
Attorney for Plaintiffs,
Cari Searcy & Kimberly McKeand