IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CARI D. SEARCY and KIMBERLY McKEAND, individually and as parent and next friend of K.S., a minor,** ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 14-00208-CG-N |
| **ROBERT BENTLEY, individually and in his official capacity as the Governor of the State of Alabama, et al.,** ) ) ) ) ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 30, 2014, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 19th day of August, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE