# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **CARI D. SEARCY, et. al,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:14-cv-00208-N** |
| | ) | |
| **ROBERT BENTLEY, et. al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF DISCOVERY FILING

COMES NOW the Plaintiffs', by and through undersigned counsel, and files this her Notice of Discovery Filing affirming that she has provided counsel for the Defendants a copy of the following:

1.    Plaintiffs' Expert Disclosure

Respectfully submitted this 22nd day of August, 2014,

*/s/ David G. Kennedy /s/*
David G. Kennedy
ASB 1238-I72K
The Kennedy Law Firm
Attorney for the Plaintiffs
P.O. Box 556
Mobile, Alabama 36601
david@kennedylawyers.com

### **CERTIFICATE OF SERVICE**

I hereby affirm that I have this 22nd day of August, 2014, filed a copy of the foregoing utilizing the CM/ECF system which will send notice and a copy of the same to all parties and attorneys subscribed thereto and have mailed a copy to the Defendants via the United States Postal Service.

*/s/ David G. Kennedy /s/*
David G. Kennedy

ASB 1238-I72K
The Kennedy Law Firm
Attorney for the Plaintiffs
P.O. Box 556
Mobile, Alabama 36601
david@kennedylawyers.com