IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CARI D. SEARCY, et al.** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| vs. | )   **CIVIL ACTION NO. 14-0208-CG-N** |
| | ) |
| **LUTHER STRANGE, III, in his** | ) |
| **official capacity as the Attorney** | ) |
| **General of the State of Alabama,** | ) |
| | ) |
|     **Defendant.** | ) |

**ORDER**

In accordance with the Order Adopting the Report and Recommendation (Doc. 40), the Plaintiffs' claims against defendants Robert Bentley, Catherine M. Donald, and Nancy T. Buckner in their individual and official capacities are **DISMISSED with prejudice**, and the Plaintiffs' claims against Luther Strange, III, in his individual capacity are **DISMISSED with prejudice**.

The parties are directed to use the style as set forth above in all future pleadings.[1]

**DONE and ORDERED** this 28th day of August, 2014.

                              /s/ Callie V. S. Granade
                              UNITED STATES DISTRICT JUDGE

---

[1] Defendant Don Davis was dismissed with prejudice as of July 25, 2014 pursuant to this court's Order issued on July 18, 2014 (Doc. 31).