IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CARI D. SEARCY and KIMBERLY MCKEAND, individually and as parent and next friend of K.S., a minor,** ) ) ) ) ) | |
| Plaintiffs, ) | |
| vs. ) | **CIVIL ACTION NO. 14-0208-CG-N** |
| ) | |
| **LUTHER STRANGE, in his capacity as Attorney General for the State of Alabama,** ) ) ) ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the court's order entered this date, it is

**ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor plaintiffs, Cari D. Searcy and Kimberly McKeand and against defendant, Luther Strange, in his capacity as Attorney General for the State of Alabama.

ALA. CONST. ART. I, § 36.03 (2006) and ALA. CODE 1975 § 30-1-19 are hereby **DECLARED** to be unconstitutional because they violate they Due Process Clause and the Equal Protection Clause of the Fourteenth Amendment.  The defendant Luther Strange, in his capacity as Attorney General for the State of Alabama, is hereby **ENJOINED** from enforcing those laws.  Costs are to be taxed against the defendant.

**DONE** and **ORDERED** this 23rd day of January, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE