# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CARI. D. SEARCY and KIMBERLY MCKEEAND, individually and as parent and next friend of K.S., a minor,<br><br>*Plaintiffs,*<br><br>v.<br><br>LUTHER STRANGE, in his official capacity as Attorney General of the State of Alabama,<br><br>*Defendant.* | Civil Action No.<br>1:14-cv-208-CG-N |

### NOTICE OF APPEAL

Alabama Attorney General Luther Strange, sued in his official capacity, gives notice of his appeal, to the Eleventh Circuit Court of Appeals, of the District Court's Memorandum Opinion and Order (doc. 53) and Judgment (doc. 54), entered January 23, 2015.

Respectfully submitted,

LUTHER STRANGE
 *Attorney General*

s/ Andrew L. Brasher
Andrew L. Brasher
  *Solicitor General*
James W. Davis
Laura E. Howell
   *Assistant Attorneys General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
(334) 242-7300
(334) 353-8440 (fax)
jimdavis@ago.state.al.us
lhowell@ago.state.al.us

**Attorneys for Alabama Attorney General Luther Strange**

1

## CERTIFICATE OF SERVICE

I certify that on January 26, 2015, I electronically filed the foregoing document using the Court's CM/ECF system which will send notification of such filing to the following persons:

| | |
|---|---|
| Christine C. Hernandez | David G. Kennedy |
| P. O. Box 66174 | P. O. Box 556 |
| Mobile, AL 36660 | Mobile, AL 36601 |
| Telephone: (251) 479-1477 | Telephone (251) 338-9805 |
| christine@hernandezlaw.comcastbiz.net | david@kennedylawyers.com |

s/Andrew L. Brasher
Counsel for the Defendant