IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CARI D. SEARCY, et. al,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 1:14-cv-00208-N |
| | ) |
| **LUTHER STRANGE,** | ) |
| in his official capacity | ) |
| as Attorney General | ) |
| of the State of Alabama, | ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFFS' MOTION TO LIFT THE STAY

COME NOW the Plaintiffs, CARI SEARCY, KIMBERLY MCKEAND, and their minor son, K.S., by and through undersigned counsel, and files this their Motion to Lift the Stay as follows:

1. The Eleventh Circuit Court of Appeals has denied the State's request to extend this Court's stay. A copy of the Eleventh Circuit's Order is attached hereto as Exhibit "A."

2. Plaintiffs respectfully submit that there is no reason for this Court's stay to remain in place until February 9, 2015, as the Court made clear that this Court's stay was to allow the Defendants time to seek appellate relief from the Eleventh Circuit on that issue.

3. The Defendants have done so, and the Eleventh Circuit has denied their motion.

WHEREFORE, the premises considered, the Plaintiffs, CARI SEARCY, KIMBERLY MCKEAND, and their minor son, K.S., respectfully requests that this Court lift its stay in this matter so as to allow the Plaintiffs to exercise all rights under the Constitution and delay the same no longer.

RESPECTFULLY SUBMITTED this 3rd day of February, 2015,

_____
DAVID G. KENNEDY
Co-Counsel for the Plaintiffs
359 Saint Francis Street
Mobile, Alabama 36602
251-338-9805
david@kennedylawyers.com

_____
CHRISTINE C. HERNANDEZ
Co-Counsel for the Plaintiffs
2037 Airport Boulevard
Mobile, Alabama 36606
251-479-1477
christine@hernandezlaw.comcastbiz.net

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 3rd day of February, 2015, a true and correct copy of the aforesaid was filed using the CM/ECF system which will send notice and a copy of the same to all counsel of record.

_____
David G. Kennedy
Co-Counsel for the Plaintiffs

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 15-10295-C

---

CARI D. SEARCY,
individually and as parent and next friend of K.S.,
a minor,
KIMBERLY MCKEAND,

Plaintiffs-Appellees,

versus

ATTORNEY GENERAL, STATE OF ALABAMA,

Defendant-Appellant.

---

No. 15-10313-A

---

JAMES N. STRAWSER,
JOHN E. HUMPHREY,

Plaintiffs-Appellees,

versus

ATTORNEY GENERAL, STATE OF ALABAMA,

Defendant-Appellant.

---

Appeals from the United States District Court
for the Southern District of Alabama

---

EXHIBIT
A

Before: TJOFLAT, HULL, and MARCUS, Circuit Judges.

BY THE COURT:

We *sua sponte* consolidate the above appeals in case nos. 15-10295 and 15-10313.

The motions of the Alabama Probate Judges Association and Robert J. Bentley, Governor of Alabama, "for Leave to Appear as *Amicus Curiae* in Support of Motion[s] of Attorney General Luther Strange for Stay" are GRANTED to the extent that we have accepted and considered the *amicus* filings in support of the motions for stay.

The Attorney General of the State of Alabama's motions for a stay pending appeal are DENIED.