IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CARI D. SEARCY and KIMBERLY MCKEAND, individually and as parent and next friend of K.S., a minor,** ) ) ) ) ) | |
| Plaintiffs, ) | |
| vs. ) | **CIVIL ACTION NO. 14-0208-CG-N** |
| ) | |
| **LUTHER STRANGE, in his capacity as Attorney General for the State of Alabama,** ) ) ) ) ) | |

**ORDER**

This matter is before the court on Plaintiffs' Motion to Lift Stay (Doc. 67) and The Attorney General's Response (Doc. 68). On this date, the Eleventh Circuit Court of Appeals denied the Attorney General's motion for stay pending appeal in this case, and in the companion case of <u>Strawser v. Attorney General, State of Alabama</u>[1], which the Court of Appeals consolidated with the appeal in this case. Plaintiffs then moved to lift the stay imposed by this court and the Attorney General responded, saying he is seeking a stay from the U.S. Supreme Court and further seeks to avoid any confusion by an abrupt termination in the stay entered herein.

Plaintiffs' motion for an immediate lift of the stay is **DENIED.** If the Supreme Court denies a stay or does not rule before February 9, 2015, this court's stay will still remain in place until that date to allow the Probate

---

[1] Southern District of Alabama Case No. 14-00424.

Courts of this state to be completely prepared for compliance with the rulings in this case and the <u>Strawser</u> case.

**DONE** and **ORDERED** this 3rd day of February, 2015.

<u>/s/  Callie V. S. Granade</u><br>
UNITED STATES DISTRICT JUDGE