IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARI D. SEARCY, et. al,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | Case No. 1:14-cv-00208-N |
| ) | |
| ROBERT BENTLEY, et. al,  ) | |
| ) | |
| Defendants.  ) | |

**PLAINTIFFS' MOTION TO EXTEND DEADLINE TO PETITION FOR ATTORNEYS' FEES AND COSTS**

COME NOW the Plaintiffs, by and through undersigned counsel, and files this their Motion to Extend Deadline to Petition for Attorneys' Fees and Costs as follows:

The Plaintiffs respectfully request that the Court enter an order extending the deadline for any motion for reasonable attorneys' fees, costs, and expenses. Plaintiffs believe that the deadline to file such is currently tomorrow, February 12, 2015. Undersigned counsel has conferred with Jim Davis, counsel for the Attorney General, and Mr. Davis indicated that he personally did not object to this Motion, but that he needed approval from other members of his office. To date, undersigned counsel has not received further communication from Mr. Davis on the issue.

On January 23, 2015, this Court granted Plaintiffs' Motion for Summary Judgment and issued a Judgment for Plaintiffs in this case. Defendants filed a notice of appeal with the Eleventh Circuit Court of Appeals. On February 5, 2015, the Eleventh Circuit issued a letter to all counsel informing them that the appeal in this case, as well as the appeals in similar marriage

cases, are and will be "held in abeyance pending the United States Supreme Court's issuance of an opinion in *DeBoer v. Snyder*, 772 F.3d 388 (6th Cir. 2014), *cert. granted,* --S. Ct. --, Nos. 14-556, 14-562, 14-571, 14-574, 2015 WL 213650 (Jan. 16, 2015)."  In light of this ruling and the pending Sixth Circuit marriage cases before the United States Supreme Court, judicial economy counsels in favor of waiting for final disposition by the Supreme Court before engaging in possible motion practice regarding entitlement to, and liability for, reasonable attorneys' fees, costs, and expenses.

For the foregoing reasons, the Plaintiffs respectfully request that the Court enter an order stating that, notwithstanding any other provision of law, including without limitation Fed. R. Civ. P. 54 and Local Rules 54.1 and 54.3, the deadline for any motion regarding reasonable attorneys' fees, costs, and expenses shall be extended until 30 days after the final disposition of the pending marriage cases by the United States Supreme Court.

Respectfully submitted this 11th day of February, 2015,

For the Plaintiffs:

*/s/ David G. Kennedy /s/*
ASB 1238-I72K
The Kennedy Law Firm
251-338-9805
Attorney for the Plaintiffs
P.O. Box 556
Mobile, Alabama 36601
david@kennedylawyers.com

**CERTIFICATE OF SERVICE**

      I hereby affirm that I have this 11th day of February, 2015, filed a copy of the foregoing utilizing the CM/ECF system which will send notice and a copy of the same to all parties and attorneys subscribed thereto.

*/s/ David G. Kennedy /s/*
ASB 1238-I72K
The Kennedy Law Firm
251-338-9805
Attorney for the Plaintiffs
P.O. Box 556
Mobile, Alabama 36601
david@kennedylawyers.com
